IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        vs.                            Criminal Action No.
                                        5:08-CR-88 (NAM)

JOSE PIZARRO,

                        Defendant.

_____

LISA M. FLETCHER, for the Government

JAMES R. McGRAW, ESQ., for the Defendant

<u>ORDER APPROVING WAIVER OF APPEARANCE FOR ARRAIGNMENT</u>

      Defendant has been charged by Superseding Indictment with conspiracy to possess with intent to distribute, and to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846.  Defendant and defendant's counsel, James R. McGraw, Esq., have completed a written waiver of arraignment form advising the court that Jose Pizarro wishes to waive his right to a formal arraignment on the pending Superseding Indictment, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as amended.

      Based upon the defendant's voluntary representations, as confirmed by his attorney, and the understanding that Mr. McGraw has explained the consequences of the waiver of arraignment to his client, I accept his

waiver as knowing and voluntary.  Accordingly, it is hereby

ORDERED that the clerk is directed to enter a plea of not guilty to

Superseding Indictment No. 5:08-CR-88 (NAM), dated May 15, 2008, on

behalf of the defendant, Jose Pizarro, such plea to be docketed as having

been entered on the date of the signing of this order.


Dated: June 2, 2008


_____

Hon. Gustave J. DiBianco
U.S. Magistrate Judge

2